OTTERSON ET AL., APPELLANTS, *v.* YOUNGSTOWN CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE.

(No. 75-111—Decided December 17, 1975.)

*Messrs. Green, Schiavoni, Murphy & Haines* and *Mr. Dennis Haines, Mr. Anthony P. Sgambati, II,* and *Mr. Barry R. Laine,* for appellants.

*Messrs. Henderson, Covington, Stein, Donchess & Messenger, Mr. James L. Messenger* and *Mr. Christopher J. Newman,* for appellee.

*Per Curiam.* The issue raised in this case is the same as was decided this day in *State, ex rel. Peake,* v. *Bd. of Edn.* (1975), 44 Ohio St. 2d 119. Based upon that decision, the judgment of the Court of Appeals is reversed.

*Judgment reversed.*

CORRIGAN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.

O'NEILL, C. J., HERBERT and STERN, JJ., concur in the judgment.